FILED: March 20, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1365

(1:12-cv-00664-LMB-IDD)

_____

WELLS FARGO BANK NATIONAL ASSOCIATION

        Plaintiff - Appellee

v.

BARBRANDA WALLS

        Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:12-cv-00664-LMB-IDD |
| Date notice of appeal filed in originating court: | 03/15/2013 |
| Appellant (s) | Barbranda Walls |
| Appellate Case Number | 13-1365 |
| Case Manager | Cathy Poulsen<br>804-916-2704 |